UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
FRANKFORT DIVISION

IN RE:                                                         CASE NO. 13-30655
Larry R. Callis
Kimberly Callis

**DEBTORS**                                                    CHAPTER 13

## MOTION TO MODIFY PLAN

Come the Debtors, Larry and Kimberly Callis, by Counsel, and hereby request the Court approve a modification of the Chapter 13 plan whereby scheduled plan payments are suspended for the months of September, October, and November, 2015, with payments resuming in December, 2015. Debtors propose to extend their plan by three (3) months.

In support of said modification, Debtors state that they are responsible for the funeral expenses of two family members who died recently. Debtors will be unable to make plan payments for ninety (90) days.

WHEREFORE, the Debtors request the Court issue an order allowing modification of Debtors' Chapter 13 plan.

## NOTICE AND OPPORTUNITY

Any Objection to this Motion must be filed within twenty-one (21) days of the date of certificate of service below. Should no Objection be received, an Order approving this Motion may be entered.

                                                Respectfully submitted,

                                                /s/ Patrick T. Smith
                                                Patrick T. Smith
                                                2240 Executive Drive, Ste. #104
                                                Lexington, KY 40505
                                                (859) 258-2000

**CERTIFICATE OF SERVICE**

It is hereby certified that a copy of the foregoing was forwarded this 31st day of August, 2015, to the Office of the U.S. Trustee; Beverly Burden, Chapter 13 Trustee; Debtors; and all Creditors.

/s/ Patrick T. Smith
Counsel for Debtors