**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
FRANKFORT DIVISION**

| | |
|---|---|
| **IN RE:** | CASE NO. 13-30655 |
| Larry R. Callis | |
| Kimberly Callis | |
| | CHAPTER 13 |
| **DEBTORS** | |

## MOTION TO MODIFY PLAN

Come the Debtors, Larry and Kimberly Callis, by counsel, and hereby request the Court approve a modification of the Chapter 13 plan whereby scheduled plan payments are suspended for a total of two (2) months, July and August 2016, with payments resuming in September, 2016. Debtors propose to extend the plan by two (2) months.

In support of said Motion, Debtors state that unexpected funeral expenses were incurred for a family member. The Debtors will be unable to make plan payments during the suspended period. The total Chapter 13 pool remains the same.

WHEREFORE, the Debtors request that the court enter an Order granting this modification.

## NOTICE AND OPPORTUNITY

Any Objection to this Motion must be filed within twenty-one (21) days of the date of certificate of service below. Should no Objection be received, an Order approving this Motion may be entered.

Respectfully submitted,

/s/ Patrick T. Smith
Patrick T. Smith
2240 Executive Drive, Ste. #104
Lexington, KY 40505
(859) 258-2000

**CERTIFICATE OF SERVICE**

It is hereby certified that a copy of the foregoing was forwarded this 1st day of August, 2016, to the Office of the U.S. Trustee; Beverly Burden, Chapter 13 Trustee; Debtors; and all Creditors.

/s/ Patrick T. Smith
Counsel for Debtors